AUSA

CAROL C. LAM
United States Attorney
Sherri Walker Hobson
Assistant U.S. Attorney
California State Bar No. 142947
880 Front Street, Room 6293
San Diego, CA 92101
Telephone: (619) 557-5027

Attorneys for Plaintiff
United States of America

FILED
SEP 18 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Lourdes VARGAS-Islas (1)<br>Rosa ISLAS-Contreras (2)<br>Rosa VARGAS-Islas (3)<br>Defendants. | Magistrate Case No.: '06 mg 8715<br>**MOTION AND ORDER TO SEAL** |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, CAROL C. LAM, United States Attorney, and Sherri Walker Hobson, Assistant United States Attorney, and hereby moves that the Government's Complaint and Affidavit be ordered sealed until further order of the court in order to protect the secrecy of an undercover operation and to protect defendant from others learning of their cooperation with the government.

DATED: September 18, 2006.

Respectfully submitted,

CAROL C. LAM
United States Attorney

John T. Wen for
SHERRI WALKER HOBSON
Assistant U.S. Attorney

FILED

SEP 18 2006

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | Magistrate Case No.: '06 mg 8715 |
| v. | ) | ORDER |
| Lourdes VARGAS-Islas (1) | ) | |
| Rosa ISLAS-Contreras (2) | ) | |
| Rosa VARGAS-Islas (3) | ) | |
| Defendants. | ) | |

Upon application of the UNITED STATES, and good cause appearing,

IT IS ORDERED that the Government's Complaint and Affidavit and this order be sealed until further order of the court.

IT IS SO ORDERED.

DATED: September 18, 2006.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE