AL SMITHSON
830 23rd Street
San Diego, California 92102
Calif. Bar Number 51611
(619) 234-8729

Attorney for Material Witness:
LOURDES VARGAS-ISLAS
ROSA ISLAS-CONTRERAS
ROSA VARGAS-ISLAS

FILED
APR 27 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(Honorable PETER C. LEWIS)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOURDES VARGAS-ISLAS<br>ROSA ISLAS-CONTRERAS<br>ROSA VARGAS-ISLAS<br><br>Material Witnesses. | MAGISTRATE CASE 06mj8715-PCL<br><br>EX PARTE APPLICATION FOR AN ORDER ALLOWING INTERPRETER FEES EXCEEDING $500 BUT NOT MORE THAN $1500 FOR THE MATERIAL WITNESSES HEREIN NAMED |

I.

INTRODUCTION

I, AL SMITHSON, Attorney for material witnesses LOURDES VARGAS-ISLAS, ROSA ISLAS-CONTRERAS, ROSA VARGAS-ISLAS, named in the above entitled case, petition the Court for interpreter services in an amount greater than $500.00 but not to exceed $1500.00 for each of the above-named material witnesses.

This case involves multiple conferences and debriefings by the AUSA assigned to the case and her investigative team of agents fro[m] multiple agencies of the Department of Homeland Security. This

case has involved appearances before the Grand Jury and multiple planned appearances before the Grand Jury in which the witnesses were present for Grand Jury appearances and debriefings and preparatory conferences.

Because of the lengthy on-going nature of the case and the investigation, there have been numerous contacts, conferences, and debriefings by the various agents involved in the case and arrangements made for numerous trips to San Diego and El Centro.

There have been numerous meetings with the family and surety for the three material witnesses both in arranging for their real property bonds but also in arranging for their availability for contacts with the case agents and the AUSA assigned to the case.

WHEREFORE an order granting additional interpreter services is respectfully sought herewith in an amount greater than $500.00 but not to exceed $1500.00 for each of the material witnesses LOURDES VARGAS-ISLAS, ROSA ISLAS-CONTRERAS, and ROSA VARGAS-ISLAS.

DATED: April 20, 2007.

AL SMITHSON, Attorney for the
Material Witnesses