FILED
APR 27 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(Honorable PETER C. LEWIS)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOURDES VARGAS-ISLAS<br>ROSA ISLAS-CONTRERAS<br>ROSA VARGAS-ISLAS,<br><br>Material Witnesses. | MAGISTRATE CASE 06mj8715-PCL<br><br>ORDER ALLOWING INTERPRETER FEES EXCEEDING $500 BUT NOT MORE THAN $1500 FOR THE MATERIAL WITNESSES HEREIN NAMED |

GOOD CAUSE APPEARING, IT IS ORDERED that additional interpreter services are hereby authorized in an amount not to exceed $1500.00 each for material witnesses LOURDES VARGAS-ISLAS, ROSA ISLAS-CONTRERAS, and ROSA VARGAS-ISLAS.

Dated: 4-27-07

[signature]

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE