ORIGINAL

FILED

08 APR -7 PM 3:41

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plantiff<br>v.<br>LOURDES VARGAS-ISLAS, ET AL<br>Defendant. | Magistrate Case No. 06 MG87115<br><br>APPLICATION AND ORDER UNSEALING MATERIAL WITNESS COMPLAINT |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Sherri Walker Hobson, Assistant United States Attorney, and hereby moves this Court to unseal the material witness complaint for discovery purposes in connection with United States v. Antonio Morales.

DATED: 4/7/08.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

[signature]
Assistant U.S. Attorney

IT IS ORDERED that the arrest warrant, the material witness complaint be unsealed.

DATED: 4/7/2008.

[signature]
HON. RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE